# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3778
_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri |
| Leroy J. Brown, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:   August 5, 2002

Filed:   August 28, 2002

_____

Before McMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Leroy J. Brown appeals from the final judgment entered in the District Court[1] for the Western District of Missouri after he pleaded guilty to possessing methamphetamine in violation of 21 U.S.C. § 841(a)(1), and possessing a firearm in furtherance of a drug crime in violation of 18 U.S.C. § 924(c)(1)(A). The district court sentenced appellant to consecutive prison terms of 108 months and 60 months, followed by 3 years of supervised release. His counsel has moved to withdraw and

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing for reversal that the district court erred in not granting Brown's U.S.S.G. § 5H1.4 motion for a downward departure.

We conclude that the district court's discretionary refusal to grant a downward departure is unreviewable. <u>See</u> <u>United States v. Wolf</u>, 270 F.3d 1188, 1192 (8th Cir. 2001). Having found no nonfrivolous issues following our independent review of the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we grant counsel's motion to withdraw.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.